UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA EVANS,<br>individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant. | NO: 2:22-CV-0192-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal Without Prejudice (ECF No. 3). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  The District Court Executive is directed to enter this Order and Judgment of
2  Dismissal, furnish copies to counsel, and **CLOSE** the file.
3      **DATED** January 27, 2023.



                    THOMAS O. RICE
              United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2